NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVO NORDISK INC.** AND
**NOVO NORDISK A/S,**
*Plaintiffs-Appellants,*

v.

**AUROBINDO PHARMA LTD.** AND
**AUROBINDO PHARMA USA, INC.,**
*Defendants-Appellees.*

---

2012-1388

---

Appeal from the United States District Court for the District of New Jersey in case no. 12-CV-1026, Judge Freda L. Wolfson.

---

**ON MOTION**

---

**ORDER**

The parties jointly move to stay proceedings in this appeal pending the final disposition of *Novo Nordisk A/S v. Caraco Pharmaceutical Laboratories, Ltd.*, No. 2011-1223.

Upon consideration thereof,

NOVO NORDISK INC. V. AUROBINDO PHARMA LTD.                    2

IT IS ORDERED THAT:

(1) The motion to stay proceedings in 2012-1388 is granted. The parties are directed to inform this court within 10 days of the final disposition of 2011-1223 how they believe this appeal should proceed.

(2) A copy of this order shall be transmitted to the merits panel assigned to *Novo Nordisk A/S v. Caraco Pharmaceutical Laboratories, Ltd.*, No. 2011-1223.


                                        FOR THE COURT


SEP 2 6 2012                            /s/ Jan Horbaly
       Date                             Jan Horbaly
                                        Clerk


cc:  Mark Andrew Perry, Esq.            FILED
     Edward John Pardon, Esq.           U.S. COURT OF APPEALS FOR
                                           THE FEDERAL CIRCUIT
s26
                                        SEP 2 6 2012

                                        JAN HORBALY
                                        CLERK